UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

North Jersey Brain & Spine Center   :   Civil Action No. _____
                                    :
            v.                      :
New York Hotels Trade Council,      :
Employee Benefits Funds, Hotel      :
Association of New York, Inc

**DISCLOSURE STATEMENT**

The undersigned counsel for North Jersey Brain & Spine Center,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.


_____          Mazie Slater Katz & Freeman, LLC
Signature of Attorney                     Name of Firm

Eric D. Katz                              103 Eisenhower Parkway
Print Name                                Address

February 27, 2012                         Roseland, New Jersey 07068
Date                                      City/State/ZIP Code


Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)